AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

Alik Lee

CASE NUMBER: 16-983 EDL

V.

California Public Utilities Commission, et al.

TO:
See Attached List

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Alik Lee
10000 Skyline Boulevard
Oakland, CA  94619

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Susan Y. Soong                                     03-07-16
_____                     _____
CLERK                                                      DATE

Alfred Amistoso
_____
(BY) DEPUTY CLERK

16-983 EDL   Lee v. California Public Utilities Commission, et al.

Service List:

1. California Public Utilities Commission,
2. Joseph Como,
3. Matthew Marcus,
4. Marie "Chari" Worster,
5. Liz Dougherty,
6. Michael Campbell,
7. Rebecca Lee,
8. June Allison,
9. Office of RatePayer Advocates,
Defendants 1-9 all at:

505 Van Ness Avenue
San Francisco, CA   94102

10. The California Human Resources Department
    1810 16th Street
    Sacramento, CA   95811

11. The Pacific Gas and Electric Corporation,
12. Sidney Sietz,
    Both at:
    77 Beale Street
    San Francisco, CA   94105

13. The California Highwat Patrol,
14. Officer Yankovskiy,
    Both at:
    1551 Benicia Road
    Vallejo, CA   94591