UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIK YUSEF LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00983-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 24 |

On April 8, 2016, the plaintiff filed a motion for an extension of time to respond to the defendants' motions to dismiss, and for leave to amend his complaint. Although the plaintiff filed it as a noticed motion, the Court considers this to be an administrative motion. *See* Civil L.R. 7-11. Accordingly, any response from the defendants must be filed no later than April 18, 2016.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
VINCE CHHABRIA
United States District Judge