UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIK YUSEF LEE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,<br><br>　　　　　　Defendants. | Case No. 16-cv-00983-VC   (EDL)<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT** |

　　The Plaintiff being in need of counsel to assist him/her in this matter and good and just cause appearing,

　　IT IS HEREBY ORDERED that the Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division. The scope of this referral shall be for:

　　☐　all purposes for the duration of the case

　　☐　the limited purpose of representing the litigant in the course of

　　　　☐　mediation

　　　　☐　early neutral evaluation

　　　　X　settlement conference

　　　　☐　briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
　　　　_____

　　　　☐　discovery as follows:
　　　　_____
　　　　_____

　　　　☐　other:
　　　　_____
　　　　_____

United States District Court
Northern District of California

2. Upon being notified by the Project that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for the Plaintiff in this matter for the scope of representation described above.  If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

**IT IS SO ORDERED.**

Dated:  June 28, 2016


ELIZABETH D. LAPORTE
United States Magistrate Judge

2