United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALIK YUSEF LEE,

             Plaintiff,

     v.

CALIFORNIA PUBLIC UTILITIES
COMMISSION,

             Defendant.

Case No.  16-cv-00983-VC   (EDL)

**ORDER APPOINTING COUNSEL**

       Because Plaintiff is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Aaron Scolari (SBN 237397) and Aaron Silberman (SBN 161021), Rogers Joseph O'Donnell PC, 311 California Street, 10th Floor, San Francisco, CA 94104 are hereby appointed as counsel for Plaintiff in this matter.  The scope of this referral shall be for the limited purpose of representing the litigant in the course of the settlement conference.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

      **IT IS SO ORDERED.**

Dated:  July 5, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge